**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>COTTAGE DOOR PRESS, LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-06446 |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Kelly Smith hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Cottage Door Press, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: December 12, 2025

Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this December 12, 2025.

_/s/ Benjamin J. Sweet_
Benjamin J. Sweet