# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY SMITH, <br><br> Plaintiff, <br><br> v. <br><br> COTTAGE DOOR PRESS, LLC, <br><br> Defendant. | Civil Action No. 1:25-cv-06446 |

## STIPULATION FOR DISMISSAL

Plaintiff, Kelly Smith, and Defendant, Cottage Door Press, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: February 5, 2026

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

KLEIN MOYNIHAN TURCO LLP

By*: /s/ Dustin P. Mansoor*
Dustin P. Mansoor
450 7th Avenue, 40th Floor
New York, New York 10123
Telephone: (212) 246-0900

*Attorneys for Defendant*

-2-

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this February 5, 2026.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet

-2-